IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>vs.<br><br>DOUGLAS R. MADSEN,<br><br>Respondent. | ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE<br><br><br><br>Case No. 2:05-CV-1060 TS |

This matter is before the Court for consideration of the Magistrate Judge's Report and Recommendation issued on April 10, 2006.[1]  The Report and Recommendation set forth the applicable 10-day period in which a party may file specific, written objections, according to statute.[2]  After the objection period had passed, Respondent filed a Written Objection in the

---

[1] Docket No. 9.

[2] *See* 28 U.S.C. § 636(b).

1

Manner of a Petitioner/Application,[3] on May 18, 2006.  The government filed its Response to Respondent's Objections on May 19, 2006.[4]

Having reviewed the Report and Recommendation, the objections, and the relevant law, the Court hereby enters the following order:

This Court conducts a *de novo* review of those portions of the Report and Recommendation to which Plaintiff timely objected.[5]  The Magistrate recommended that: 1) the Court find that Respondent has failed to show cause why he should not be compelled to comply with the Summons; and 2) the Court order Respondent to provide the information required by the Summons on or before July 6, 2006 to the IRS, which is located at 50 South 200 East, Salt Lake City, Utah 84111; and 3) the Court order Respondent to meet with the IRS on June 28, 2006, at 10:00 a.m. at the IRS offices located at the above-mentioned address.

The Court finds that Respondent's objections are not timely, and will not consider them.  After conducting a *de novo* review of this matter, the Court finds that the Magistrate's analysis of the facts and the law in this case is sound and without fault or error.

Accordingly, the Magistrate Judge's Report and Recommendation, issued April 10, 2006, is hereby ADOPTED IN ITS ENTIRETY.  The Court finds that Respondent has failed to show cause why he should not be compelled to comply with the Summons.  It is further hereby

---

[3] Docket No. 11.

[4] Docket No. 13.

[5] *See* 28 U.S.C. § 636(b)(1)(C).

ORDERED that Respondent provide the information required by the Summons on or before July 6, 2006, to the IRS, located at 50 South 200 East, Salt Lake City, Utah 84111.  It is further

ORDERED that Respondent meet with the IRS on June 28, 2006, at 10:00 a.m. at the IRS offices located at the above address.

SO ORDERED.

DATED this 5th day of June, 2006.

BY THE COURT:

_____
TED STEWART
United States District Judge